# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CHUKWUMA AZUBUKO,** | |
| **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **BRUCE R. HENRY et al.,** | NO.  18-mc-91248-IT |
| **Defendant**s. | |

## ORDER OF DISMISSAL

**TALWANI, J.**

In accordance with the Court's ORDER dated June 12, 2018, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice.

By the Court,

**June 12, 2018**
**Date**

 /s/ Daniel C. Hohler
**Deputy Clerk**